IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**

AUG 1 7 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| RAY DEAN WILSON, | CV 16–76–H–DLC–JTJ |
| Petitioner, | |
| vs. | ORDER |
| THE UNITED STATE JUDGESHIP, JERISDICTION [sic] VENUE, | |
| Respondent. | |

United States Magistrate Judge John T. Johnston entered his findings and recommendations in this case on June 28, 2017, recommending that this action be dismissed with prejudice for failure to state a claim. Plaintiff Ray Dean Wilson ("Wilson") failed to timely object to the findings and recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.,* 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 8) are ADOPTED IN FULL.

(1)     This case is DISMISSED WITH PREJUDICE.

(2)     The Clerk of Court is directed to close this matter and enter judgment

in favor of Defendants pursuant to Rule 58 of the Federal Rules of

Civil Procedure.

(3)     The Clerk of Court should be directed to have the docket reflect that

the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules

of Appellate Procedure that any appeal of this decision would not be

taken in good faith.

DATED this 17th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court